UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-cv-00324 ADS                                    Date: April 17, 2026

Title: *Hengyan Qu v. United States Citizenship and Immigration Services*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER RE PROOF OF SERVICE**

The Court is in receipt of the Stipulation for Extension of Time to Respond to Complaint By Not More Than 30 Days.  (Dkt. No. 8.)  The Stipulation reflects the Complaint was served February 12, 2026.  (Id.)  Plaintiff is required to file a proof of service of the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge and Declination Of Consent Form within 14 days of service.  C.D. Cal. L. R. 4-6, 73-2.1.  No proof of service has been filed in this case.  Plaintiff is ordered to file a proof of service by no later than April 24, 2026.

**IT IS SO ORDERED.**

Initials of Clerk kh